<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 00-2210**

────────────

KEVIN D. WEST,

Plaintiff - Appellant,

versus

WILLIAM J. HENDERSON, Postmaster General,

Defendant - Appellee.

────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, District Judge. (CA-99-840-WMN)

────────────

Submitted:  January 18, 2001          Decided:  January 23, 2001

────────────

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

────────────

Affirmed by unpublished per curiam opinion.

────────────

Kevin D. West, Appellant Pro Se. Lynne Ann Battaglia, United States Attorney, Nadira Clarke, Special Assistant United States Attorney, Baltimore, Maryland, for Appellee.

────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin D. West appeals the district court's order denying relief in his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>West v. Henderson</u>, No. CA-99-840-WMN (D. Md. Aug. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>